UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF DEMARIO THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00592-JPH-MPB |
| | ) |
| GEO GROUP, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**Order Directing Further Proceedings**

The plaintiff has filed an amended complaint. Because the plaintiff is not a "prisoner" as defined in 28 U.S.C. § 1915A(c), the complaint is not subject to the screening requirement of § 1915A(a). But this Court has the inherent authority to screen the complaint on its own. *See Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 307-08 (1989) (in forma pauperis statute "authorizes courts to dismiss a 'frivolous or malicious' action, but there is little doubt they would have power to do so even in the absence of this statutory provision."); *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999) ("[D]istrict courts have the power to screen complaints filed by all litigants, prisoners and non-prisoners alike, regardless of fee status."). This step shall be taken in this case.

The Court has screened the amended complaint which **shall proceed** as presented. The **clerk shall add** Wexford of Indiana, LLC, Mary K. Heimann, Daniel O. Rippetoe, and Bruce D. Ippel as defendants.

The plaintiff is responsible for effecting service on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: 8/14/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel